IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY CALIHAN,<br><br>        Plaintiff,<br><br>        vs.<br><br>G. GIURBINO, et al.,<br><br>        Defendants.<br>_____/ | 1:11-cv-00868-SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

     Plaintiff, a state prisoner proceeding pro se, filed this action on May 2, 2011. The in forma pauperis application filed by Plaintiff is on the wrong form in that it does not contain the requisite authorization to deduct the filing fee from Plaintiff's trust account when funds are available. 28 U.S.C. § 1915.

     Accordingly, IT IS HEREBY ORDERED that:

     Within forty-five (45) days of the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   June 1, 2011**                             /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE